No. 430. ESTERÁS ET AL. *v.* ARROYO.—Appeal from the District Court of Humacao. Motion to dismiss appeal on the ground that in the judgment roll the documentary evidence introduced at the trial is transcribed and not included in the statement of the case. Decided December 6, 1909. Motion overruled. *Mr. Manuel Tous Soto* for petitioner. *Mr. Enrique López Díaz* for respondent.

----

No. 215. THE PEOPLE *v.* MATOS.—Appeal from the District Court of Ponce. Decided December 13, 1909. Judgment affirmed. Appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

----

No. 214. THE PEOPLE *v.* MATOS.—Appeal from the District Court of Ponce. Decided December 13, 1909. Judgment affirmed. Appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

----

No. 209. THE PEOPLE *v.* CAMPOS ET AL.—Appeal from the District Court of Mayagüez. Decided December 14, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

----

No. 187. THE PEOPLE *v.* FERRO.—Appeal from the District Court of Arecibo. Decided December 16, 1909. Judgment affirmed. Appellant did not appear. *Mr. Rossy, fiscal,* for respondent.

----

No. 216. THE PEOPLE *v.* BERMÚDEZ.—Appeal from the District Court of Ponce. Decided December 16, 1909. Judgment affirmed. The appellant did not appear. *Mr. Rossy, fiscal,* for respondent.